AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:23-mj-00179 |
| Benjamin John Silva  (AKA: Ben Silva) | ) ) | Assigned to: Judge Meriweather, Robin M. Assign Date: 7/24/2023 |
| DOB: ███████ | ) ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - Civil Disorder, | |
| 18 U.S.C. §§ 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. §§ 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds, | |
| 18 U.S.C. §§ 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Nicole A. Sebo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____07/24/2023____

2023.07.24
12:21:15 -04'00'
*Judge's signature*

City and state: _____Washington, D.C._____     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*